■ Joseph Vallelunga et al., Appellants, v. Thurman Gardens, Inc., Respondent.— In an action by a tenant in a multiple dwelling to recover damages for personal injuries, and by her husband for medical expenses and loss of services, the appeal is (1) from a judgment dismissing the complaint entered after trial before the court without a jury, and (2) from an order denying a motion to set aside the decision (described as an order made on reargument). Appellant Catherine Vallelunga was alleged to have been injured when she fell as the result of the negligence of the owner of the building, respondent herein, in permitting the floor of the basement laundry room to remain unclean, wet, and slippery. She testified that the floor was always in that condition. The court found that she was guilty of contributory negligence on the facts. Judgment unanimously affirmed, with costs, and order unanimously affirmed, without costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

## Third Department, October, 1959

## (October 1, 1959)

■ In the Matter of Theodore L. Reinhard.— Application for an order permitting the petitioner herein to practice law in the State of New York under the name of Theodore Reinhard in place and stead of the name of Theodore L. Reinhard. Application granted. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of John Martin, Respondent, against C. A. Productions Company et al., Appellants. Workmen's Compensation Board, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ Floyd E. Brust et al., Appellants-Respondents, v. National Grange Fire Insurance Company, Respondent-Appellant, et al., Defendant.— Motion withdrawn. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ William Wager, Appellant, v. State of New York, Respondent.— Motion for reargument denied, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of Simon F. Fitzsimons, Appellant. Martin P. Catherwood, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before October 20, 1959 and is ready for argument at the November Term of this court, in which event the motion is denied. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ The People of the State of New York ex rel. Edward B. Brown, Appellant, against Ross E. Herold, as Assistant Director of Dannemora State Hospital, Respondent.— Appeal from a denial of an order to show cause in a proceeding under article 78 of the Civil Practice Act. Motion for leave to prosecute appeal as a poor person and for assignment of counsel denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.